# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

March 23, 2023

*By the Court*:

| | |
|---|---|
| No. 23-1396 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>OLANIYI N. OJIKUTU,<br>Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:18-cr-00818-10<br>Northern District of Illinois, Eastern Division<br>District Judge John Robert Blakey | |

Upon consideration of **APPELLANT OJIKUTU'S MOTION FOR VOLUNTARY DISMISSAL AND FOR LEAVE TO FILE PAST DEADLINE**, filed on March 23, 2023, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b) and Circuit Rule 51(f).

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**    (form ID: **137**)