# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**Notice: Counsel for the defendant has filed
a motion for leave to withdraw under
Circuit Rule 51(b)**

August 9, 2023

**To:**   Olaniyi N. Ojikutu
UNITED STATES PENITENTIARY - ALLENWOOD
P.O. Box 3000
White Deer, PA 17887-0000

You are the appellant in a case now pending in this court:

| No. 23-1358 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>OLANIYI N. OJIKUTU, Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:18-cr-00818-10<br>Northern District of Illinois, Eastern Division<br>District Judge John Robert Blakey ||

On August 9, 2023, your attorney filed a brief stating that your appeal is frivolous and requesting permission to withdraw from the case.

1. You have 30 days from the date at the top of this notice to present any argument that you believe shows that your conviction or sentence is invalid.

2. If you do not respond within the 30 days, the court may grant your attorney's request to withdraw and affirm or dismiss your appeal. An affirmance or dismissal would end your appeal, and your conviction and sentence would remain unaltered.

3.  If you want to show that the court should not affirm or dismiss your appeal, and you have a very good reason why you cannot file your response with the court within the 30 days, you should <u>immediately</u> write to the court and ask for additional time. The court is willing to grant as many as 30 extra days. If additional time is granted, you must file your response before your additional time expires.

4.  You do not have a right to another attorney to assist you in preparing and filing your response to the motion to withdraw from the appeal.

If you want to write to this court, you should address your letters to:

> Clerk of the Court
> United States Court of Appeals
> 219 South Dearborn Street, Room 2722
> Chicago, Illinois 60604

Be sure when writing, to show clearly the name and number of the case.

**IT IS ORDERED** that briefing in this appeal is **SUSPENDED** pending a resolution of this matter.

form name: **c7_Order_CR51b**     (form ID: **176**)